UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 24-26(6) (ECT/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARREAL DOMINIQUE TIMBERLAKE,

        Defendant.

**MOTION TO DISMISS INDICTMENT AS TO DEFENDANT ARREAL DOMINIQUE TIMBERLAKE**

The United States of America hereby moves the Court for an order dismissing the charges specifically alleged against Arreal Dominique Timberlake, as made by the Grand Jury in the Indictment issued in the above-referenced matter on February 1, 2024. Doc. No. 1. This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Given evidentiary developments, the interests of justice militate against proceeding with charges against Ms. Timberlake in the instant case, and this specific prosecution should be terminated at the Court's earliest convenience.

Dated: June 17, 2024

        Respectfully submitted,

        ANDREW M. LUGER
        United States Attorney

        s/ Garrett S. Fields
        BY: GARRETT S. FIELDS
        Assistant U.S. Attorney